IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR537 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S RESPONSE TO |
| JOSHAWA WEBB, | ) | DEFENDANT'S MOTION FOR |
| | ) | DISCLOSURE OF F.R.E. 404 |
| Defendant. | ) | <u>EVIDENCE</u> |
| | ) | |

Now comes the United States of America, by and through its counsel, Gregory A. White, United States Attorney, and Blas E. Serrano, Assistant United States Attorney, and responds to defendant's Motion for Disclosure of F.R.E. 404 Evidence. The government avers that it does not intend to use evidence of prior

-2-

"bad acts" under Fed. R. Crim. Proc. 404(b) at the trial of this case.

          Respectfully submitted,

          GREGORY A. WHITE
          United States Attorney

By:  <u>s/ Blas E. Serrano</u>
     Blas E. Serrano
     Assistant U.S. Attorney
     Reg. No. 0009879
     400 United States Court House
     801 West Superior Avenue
     Cleveland, Ohio  44113
     (216) 622-3873 (phone)
     (216) 522-7499 (facsimile)
     Blas.Serrano@usdoj.gov

-3-

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2006, a copy of the foregoing Government's Response to Defendant's Motion for Disclosure of F.R.E. 404 Evidence, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.  A copy of the foregoing was mailed to defendant Joshawa Webb, Pro Se, NorthEast Correctional Center, 2240 Hubbard Road, Youngstown, Ohio, 44505.

    /s/ Blas E. Serrano
Blas E. Serrano
Assistant U.S. Attorney