IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR537 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD |
| | ) | |
| v. | ) | GOVERNMENT'S NOTICE OF SECOND |
| | ) | RESPONSE TO DEFENDANT'S |
| JOSHAWA WEBB, | ) | REQUEST FOR DISCOVERY |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Gregory A. White, United States Attorney, and Blas E. Serrano, Assistant United States Attorney, and responds for the second time to defendant's request for discovery under Federal Criminal Rule 16, as follows:

I. <u>DISCOVERABLE MATERIAL</u>

(a)(1)(A) and (B) - Defendant did not make any statements to law enforcement agents at the time of his arrest.

(a)(1)(D) - A copy of the printout containing the defendant's criminal record is being mailed under separate cover.

-2-

(a)(1)(E) and (F) - The government will make available for inspection, copying, and photographing the items listed in Rule 16(a)(1)(E), documents and tangible objects. The government is mailing under separate cover two duplicate compact disk recordings made during the course of the investigation and transcripts of these recordings

(a)(1)(F) and (G) - Mailed under separate cover is a copy of a laboratory report of controlled substances obtained from the defendant on October 14, 2005.

The attorney for the government has no knowledge of exculpatory evidence material to guilt or innocence of the defendant. The government will notify defense counsel of any exculpatory material discovered, if any, immediately upon such discovery in compliance with <u>Brady v. Maryland</u>. All other requests, including requests for disclosure of witnesses, etc., are beyond the scope of pre-trial discovery.

    Respectfully submitted,

    GREGORY A. WHITE
    United States Attorney

By: <u>s/ Blas E. Serrano</u>
    Blas E. Serrano
    Assistant U.S. Attorney
    Reg. No. 0009879
    400 United States Court House
    801 West Superior Avenue
    Cleveland, Ohio  44113
    (216) 622-3873 (phone)
    (216) 522-7499 (facsimile)
    Blas.Serrano@usdoj.gov

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of June 2006, a copy of the foregoing Government's Notice of Response to Defendant's Request for Discovery was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                          s/ Blas E. Serrano  
                                          Blas E. Serrano  
                                          Assistant U.S. Attorney